# Memorandum

**To:** Amy Mayther (USAWAE)

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮

**Date:** 9/15/2008

**Re:** Request to have Victims Impact Statements read aloud in Court (Federal, State, County, City and Court Martial Proceedings)

---

This memo is to request that Victims Impact Statements for; ▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮ and ▮▮▮▮▮, be read aloud during sentencing for each defendant in Federal, State, County, City and Court Martial Proceedings. This is in addition to these documents being sent to the prosecutor attorney, defense attorney and judge for each case. We understand that the Victims Impact Statements are only considered to give the victim a voice at the proceedings, but we feel that each of these statements brings a better understanding to the court of the harm brought to the victim and their family so that the defendant can appropriately be held accountable for their actions.

Sincerely,



1

Victims Impact Statement – Victim in the Vicky Series

To Whom It May Concern:

My name is ███████████ I am 17 years old. I was sexually abused by my natural father, ███████████, when I was a little girl. Most of the abuse happened to me when I was between the ages of 10 and 11. the abuse started off with just fondling and molestation, but eventually escalated to oral sex and anal sex including bondage and a dildo. As my father did these things to me, he would often take pictures or video tape it. I never really thought he would share these with any body. I was very wrong.

Finally, when I was 11 I stood up to him and told him he couldn't do these things to me anymore. Besides one more failed attempt to abuse me again, the abuse stopped after that. Out of a mix of fear of him and shame I kept what had happened to me a secret. The next 5 years were full of internal torment and more intense pain then you could ever imagine. I suffered from severe and constant insomnia. Whenever I could sleep I'd just have horrible nightmares of the things that happened to me. I was self destructive. I cut myself. I would eat very little or a whole lot at a time. It got to the point where I was almost willing to take my own life. All this time I was still visiting my father regularly, not because I wanted to but because I was too scared to say I didn't want to go. Although he never touched me again, he still talked to me in a dirty sexual way and verbally beat me down all the time. At last, on October 22, 2005 I told my mom what had happened to me all those years ago. My father was supposed to go to trial last spring, but fled instead. I sincerely hope he will be found and brought to justice soon so that he can't hurt anyone else the way he hurt me.

Unfortunately my hurt doesn't end with my father. Early last year we discovered that he still had the pornography of me on one of his old computer hardrives. The thought crossed my mind then that he might have shared them, but I didn't take it too seriously. Then one day Detective Shepherd called us saying that The Center for Missing and Exploited Children had called him after seeing me on America's Most Wanted. They thought I might be the little girl in a series of pornography that they'd been trying to find for years. This series was the most prolific series of child pornography in the world. I thought, "No, it couldn't be me." but agreed to see it anyway. It was me. The breath was knocked out of me at the sight of the first image and I felt myself breaking again. When I was told how many people have viewed these images and videos I thought my pulse would stop. Thinking about all those sick perverts viewing my body being ravished and hurt like that makes me feel like I was raped by each and every one of them. I was so young and so helpless feeling. It terrifies me that people enjoy viewing things like this. Every time I think about it, my whole body goes ice cold and my tears well up in my eyes. I can't even think about it most of the time. It hurts too much.

Each person who has found enjoyment in these sick images needs to be brought to justice and kept away from other people because there is something seriously wrong with them. They are dangerous and even though I don't know them, they are hurting me still. They have exploited me in the most horrible way. Please bring them to some real justice.

Victims Impact Statement – Victim in the Vicky Series

Addition to statement written on 3/11/09:

Reading my statement again and thinking back on the past few years, I am heartsick over all my family and I have been through. Since writing it, my understanding of the enormity of the consequences from my father's actions have been imprinted so deeply in my heart. We now have in our house boxes full of victim notifications from cases all around the country involving pornographic images of me. Practically every time I've went to get the mail, there have been two or three of these notifications. They are constant reminders of the horrors of my childhood. More than that, they remind me how sick the world can be.

As I have grown from teenager to young woman, I can see through broadened perspective what my father did to me. My childhood was stolen from me and nothing can ever reimburse that. I've found myself crippled by distrust of others and I hold deep fears of commitments and intimacy. Nights are still so hard. Sleep does not come easy and I'm afraid that I'll always be battling with the graphic nightmares.

I wish I could grow out of the pain. I wish it could fade away with age, but just like those images are out there forever, those memories will always be with me. I pray that seeing justice done will bring me some closure.



Victim's Impact Statement – Mother of Victim Vicky Series

Revised on 3/13/09

To Whom It May Concern:

My daughter, ▓▓▓▓▓▓▓, was raped and sexually abused in so many horrible ways, as a child, by her biological father, ▓▓▓▓▓▓▓. As her mother, I have watched my sweet daughter struggle daily with painful memories in the daytime; and at night, frightening nightmares of her abuse, and abuser. These horrible images and memories plague her night and day. She is scarred for a lifetime, and so am I.

I struggle along with her. I am in pain also as my heart breaks for her. Kylie has been robbed of her innocence. She has been brutally abused by someone we thought we could trust, all for selfishness, to gratify a sick sexual perversion. ▓▓▓▓▓▓▓ has taken innocence, good childhood memories, dignity, and trust away from my daughter, and instead, given her pain, physically, mentally, and emotionally. He has also brought corruption to her eyes, body, and mind with all the ugly images he forced her to see, and all the degrading things he made her do.

So much of the time, I find myself in mourning. Mourning the loss of my child's innocence, mourning the loss of happy childhood memories for her, and mourning the fact that she suffers such deep pain. It is like a death to me, but where death is a natural part of life and final, this pain keeps getting deeper. Deeper, because of pornographic pictures and videos of ▓▓, made by ▓▓ being constantly downloaded on the internet, and viewed by sick people that enjoy seeing my little girl being raped. Every time these pictures of my daughter are looked at and passed around, the depraved people doing this are furthering my daughter's pain, shame, and abuse. This little girl they are viewing is a special child who was manipulated into doing these things. She did not want to. She hated it. She didn't even know what rape was and kept questioning her father, asking him if this was right. He ignored any protests and objections she had. Even though she was being bruised by him physically, and tortured by him verbally, she kept this a secret because of the paralyzing fear she had of him. Knowing what has happened to her has caused a sadness I have never known before. I cannot stop the images of the ugly things my daughter has endured from entering my mind several times a day; it tears at my spirit and breaks my heart. It is difficult and rest does not come easy. The sleepless nights seem to be endless. The pictures I have had to see of my daughter's sexual abuse have broken me. No mother should ever have to see what I have seen, yet I have had to. I have had to identify my little girl's face and body in these sick pictures and video's. Knowing and seeing all these things that have happened to ▓▓ paralyzes me at times. It makes me cry so hard I can hardly bear it. There have been times when she is telling us or law enforcement some details of her abuse, and I just have to leave the room because it's just too painful for me to hear. Then, I feel bad because I can't even bear to listen to the things she has actually had to go through.

Sincerely,



1

Victim's Impact Statement – Mother of Victim Vicky Series

Updated on 3/13/09

My daughter's life is still very hard and she still struggles so much, due to her sexual abuse. I also struggle. It is so devastating to know your child's life has been brutalized, and to make matters worse, it has been released to the public for any deviant, at the press of a button, to view and continue this sickening process of enjoying my daughter's pain.

Although, ▓ is making progress and growing stronger, it still has a major grip on her life, as it also does on mine. She is 19 years old, and has never had a boyfriend, due to trust issues and fear of relationships. As her mother, this breaks my heart. These are certainly not the dreams I had for my little girl. ▓ is having to un-do so many lies her father ▓ told her, and regain her self esteem, dignity, and self respect. Her pain is my pain. She does very well in college and is trying to open herself up more to her friends, and fellow students. This is going to be a continuing process. ▓ feels like she is marked with a scarlet letter because of her victimization and rape, marking her with shame. The pornographic images of her are out there continually being viewed, and will continue to be forever. This isn't who she is, or ever wanted to be, but because she was robbed of her innocence, and it was videotaped, she is continually being viewed as somebody she is not. She is in fact, the opposite!

The sadness this brings to me, as her mother, is unending. They say time is the healer of all wounds, but I have yet to feel this pain subside. There are days when the pain of ▓ abuse is unbearable. I wish I could take away her pain and give her back what has been stolen from her. I cannot, but I am asking for accountability from the individuals who have hurt her, and are continuing to hurt her. The sexual abuse of children is painfully devastating. The pain, fear, and shame of this cruel act does not end for the child, but continues on for the rest of their lives. For my daughter and countless others who are victims of such a terrible and painful crime; this has got to end. Please grant us justice!

Sincerely,



Victims Impact Statement – Step Father "Vicky Series"

To whom it may concern:

My 17 year old daughter, ███████, is the most awesome child a parent could ever ask for. She is beautiful inside and out, smart and has a great sense of humor. I remember like yesterday teaching her how to tie her shoes, having tea parties, making her first cake and coaching her in T-Ball and Softball, and dressing up to go to our Father/Daughter dances. She is a complete pleasure. She loves her family and her family loves her too. It's sad to think that this little angel has had so much tragedy in her short life.

On October 22, 2005 my family's lives changed forever. That night, ███ finally had the courage to tell my wife and I about her living nightmare that she's been enduring ever since she was a little girl, about her natural father raping, molesting and manipulating her. ███ told us it started Mothers Day weekend of 2000, and she remembers when it essentially ended, January of 2001, but the emotional trauma and fear continues on today. ███ was just 10 years old when the molestation began. She told how it started with making her look at adult pornography, moved on to fondling, then more molestation and finally in October, around her 11th birthday, he began raping her. She finally got him to stop when she learned from my wife and I, after watching a movie where the topic of rape came up, what rape really was and how wrong it was. This reinforced right from wrong in ███ mind and allowed her to stand up to ███ and tell him that she did not want to do this anymore.

As we talked with ███ she disclosed that ███ had taken pictures of her, but we didn't believe there would be any physical pictures or videos found or accessible by others. This turned out to be a false hope. One evening ███ was trying to download a demonstration video for a Spanish class and discovered images on her computer, a computer that ███ helped her build. These images were video clips of pornography. The computer forensic expert found 30,000 adult pornographic images on one hard drive and 50,000 child pornographic images on another hard drive in the computer. There were also 200+ video clips of child pornography. Some of these images and videos were of ███. This was heart breaking to have to view the videos to verify ███ identity. Additionally, knowing that other sick "like-minded" individuals have downloaded and watched these videos to feed their sadistic desires has placed a sad cloud over our home that is extremely hard to make go away.

This has been devastating for my whole family. As a parent, knowing that you were not able to protect our child has been heartbreaking. Realizing that most of these evil attacks against my daughter took place a ½ mile away makes you feel ashamed and inadequate as a father. Additionally, knowing the fact that many more disgusting individuals have seen the video clips brings shame and sadness to my daughter and my family. The thought of her innocents and trust being ripped away and all along not having a clue to her pain, I feel like I failed ███.

Although our lives changed October 22, 2005, ███ has had to live with this pain, guilt and shame for 7+ years, and will have to continue to deal with this the rest of her life. With each new individual being

1

Victims Impact Statement – Step Father "Vicky Series"

brought to justice, ▇ and our family has to relive the torture of pain and sadness again and again. However, our main focus as her parents is to make ▇ whole again. As a family we are continually working in that direction, but we know we have a long, difficult road ahead.

Respectfully,


▇ Step-Father

UPDATED; March 9, 2009

As I reread this letter I begin to relive all the pain and anguish from this nightmare. It hurts me knowing how evil he was to do these awful things to my precious little girl. Even though he has confessed to the charges brought against him and is being held accountable for his actions, his confession was weak and without remorse. Like most of these sick individuals, ▇ just wants the embarrassment to stop and still feels that he has not hurt ▇. I do hope and pray that someday ▇ can whole-heartedly admit and confess to these horrible actions and somehow forgive himself. Maybe then he can begin to heal from the evil within him.

▇ is now 19 and in her first year of college. She is beginning to move forward, but there are many moments where this tragedy raises its "ugly head" and paralyzes or inhibits her ability to function at school and as a normal young adult. She still has nightmares and feels the need to isolate herself. These struggles will be a continual battle for her as she continues down that path of healing. She is growing stronger, but it is a process that is going to take a long time to work through and heal from.

We are so blessed to have her as a daughter, and the rest of this world is only beginning to see her strength. ▇ has started a web page www.thesafeproject.com to tell her story and to help others like her. She is so strong and her strength and story are already helping so many others. Her speaking out has also helped in the conviction and sentencing of so many other sick and disgusting individuals like ▇. She is truly my hero.

God bless her as she continues down this path of healing. I hope that over time she can feel whole again, when this tragedy becomes a tool for good, especially for her. She deserves the happiness, comfort and joy that each precious child should have in this life. She will always have my love and I am proud of her beyond words.

Respectfully,



2